IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NHAT D. MAI, | ) | No. C 05-5272 MMC (PR) |
| Petitioner, | ) | **ORDER GRANTING EXTENSION OF TIME** |
| v. | ) | |
| JOE McGRATH, Warden, | ) | **(Docket Nos. 34 & 35)** |
| Respondent. | ) | |
| _____ | ) | |

   Good cause appearing, petitioner's request for an extension of time in which to file a traverse is GRANTED. If petitioner wishes to file a traverse, he shall do so on or before **October 31, 2008**.

   This order terminates Docket Nos. 34 and 35.

   IT IS SO ORDERED.

DATED: September 30, 2008

_____
MAXINE M. CHESNEY
United States District Judge